The People of the State of New York, Respondent, v. Hiram Cole, Appellant.— Order entered January 5, 1916, dismissing appeal, is vacated and set aside upon stipulation filed, and appeal set down for argument March 21, 1916.

Joseph J. Karlenovfsky, Respondent, v. Fay W. Miller and Another, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event. Held, that the verdict is against the weight of the evidence upon the question of conspiracy and extortion. All concurred, except Kruse, P. J., who dissented.

In the Matter of the Probate of the Last Will and Testament of Emma L. Veazie Brown, Deceased. Charles F. Brown, as Executor, etc., Appellant; Hattie Eastwood and Others, Respondents.— Order of the Surrogate's Court modified by striking out the provision vacating the original decree and directing the entry of a new decree, and by inserting in lieu thereof a provision directing that the original decree be amended in relation to costs so as to conform to the decision; and as so modified the order is affirmed, without costs of this appeal to either party. Held, that the question of the right to appeal is not involved in this appeal. All concurred.

In the Matter of the Application of the Western Union Telegraph Company for a Subpœna Directed to Certain Witnesses, Including Henry C. Tucker and Others, Appellants, Requiring Them to Appear under a Commission Issued from the Common Pleas Court in and for the County of Allegheny and State of Pennsylvania, in an Action Therein Pending Between the Consolidated Stock and Produce Exchange of Pittsburgh, Pennsylvania, Inc., Plaintiff, and the Western Union Telegraph Company, Defendant. The Western Union Telegraph Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred,

Orville Balch, Individually and as Executor, etc., and Others, Appellants v. Lillian E. Fink and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of Proceedings Supplementary to Execution in an Action Entitled: J. Hungerford Smith Company (Respondent) v. R. Elmer Shoemaker (Appellant).— Order affirmed, with ten dollars costs and disbursements. All concurred.

Hildred K. Tallman and Others, Respondents, v. Charles Wyand, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Ray B. Babcock, Respondent, v. John H. Lynch, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Robert Cooper, Jr., Respondent, v. Leonard W. Hall and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 20,889, Issued to Wasyl Bednarczuk, Respondent.— Order affirmed, with fifty dollars costs and disbursements. All concurred.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor